Arnold D. Larson, Esq., CSB No. 77118
alarson@lgl-law.com
Mary P. Lightfoot, Esq., CSB No. 137477
mlightfoot@lgl-law.com
LARSON, GARRICK & LIGHTFOOT, LLP
633 W. Fifth Street, Suite 1750
Los Angeles, California 90071
Tel.: (213) 404-4100 - Fax: (213) 404-4123

Attorneys For Defendants BRIDGESTONE AMERICAS, INC.; BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; and BRIDGESTONE RETAIL OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALBRECHT,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, BRIDGESTONE RETAIL OPERATIONS, LLC, BFS RETAIL & COMMERCIAL OPERATIONS, LLC, FIRESTONE TIRE CO., FIRESTONE RUBBER, FIRESTONE TIRE & SERVICE CENTERS, and DOES 1 to 20, Inclusive,<br><br>Defendants. | CASE NO.: 2:10-CV-03236-GGH<br><br>[Hon. Gregory G. Hollows]<br><br>(Removed from Solano County Superior Court, Case No. FCS 036269; The Hon. Ramona J. Garrett, presiding, Dept 09)<br><br>STIPULATION AND ORDER TO CONTINUE DUE DATE FOR INITIAL DISCLOSURES<br><br><br><br>Complaint Filed:   July 23, 2010<br>Trial Date:   None |

**WHEREAS,** on April 26, 2011, the Court issued a Pretrial Scheduling Order.

**WHEREAS,** said Order noted that "there has been some problem with obtaining initial disclosures from Defendant(s) because they are unaware of the specific tire at

1  issue."

2  **WHEREAS,** said Order further noted that "plaintiff agreed to forthwith provide
3  the tire shreds [ . . . ] for investigation and testing" so that defendant could move
4  forward expeditiously with their disclosures.

5

6  **WHEREAS,** in light of the foregoing, the court consequently ordered the parties
7  to complete Initial Disclosures "within 60 days of the filed date of this order," or more
8  specifically, by June 24, 2011.

9

10  **WHEREAS,** the parties encountered delay in the shipment of the subject tire's
11  tread remnant and the alleged companion tire, and Defendants did not receive the
12  physical evidence until June 7, 2011, forty-two (42) days after the court's Order was
13  issued.

14

15  **WHEREAS,** Defendants have not yet completed their inspection of the physical
16  evidence.

17

18  **WHEREAS,** the parties and their counsel have agreed to a continuance to
19  September 9, 2011 to complete their Initial Disclosures.

20

21  **IT IS HEREBY STIPULATED** as follows:
22  1. That the due date for the parties to complete their Initial Disclosures be
23  extended to September 9, 2011.

24

25  **IT IS FURTHER STIPULATED** between the parties hereto, that this
26  Stipulation may be signed in counterparts and that photocopy(ies) or facsimile(s)
27  of this Stipulation may be submitted to the Court for filing as though and in lieu
28  of the original of same containing original signatures.

1

2 **IT IS SO AGREED AND STIPULATED:**

3

4 DATED: July 18, 2011                LAW OFFICES OF NICK A. HANEY

5

6                                     By: _____
                                           R. NICHOLAS HANEY
7                                       Attorney for Plaintiff THOMAS ALBRECHT

8

9 DATED: July 18, 2011                LARSON, GARRICK & LIGHTFOOT, LLP

10

11                                    By: _____
                                           MARY P. LIGHTFOOT
12                                       Attorney for Defendants
                                         BRIDGESTONE AMERICAS, INC.;
13                                       BRIDGESTONE AMERICAS TIRE
                                         OPERATIONS, LLC; and BRIDGESTONE
14                                       RETAIL OPERATIONS, LLC

15

16

17    Good cause having been shown, **IT IS HEREBY ORDERED t**hat the parties

18 shall complete their Initial Disclosures by September 9, 2011.

19
   Dated:  July 18, 2011              By:  /s/ Gregory G. Hollows
20                                         Hon. Gregory G. Hollows

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: **801 South Figueroa Street, Suite 1750, Los Angeles, California 90017**.

On the date specified herein below, I served the foregoing document, described herein, on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s), Los Angeles, California, addressed as follows:

[Please see attached Service List]

Date of Service:     **July 15, 2011**

Document Served:     **STIPULATION TO CONTINUE DUE DATE FOR INITIAL DISCLOSURES**

\_\_   **REGULAR MAIL**: I placed the envelope for collection and mailing, following our ordinary business practices. The envelope or package was placed in the mail at Los Angeles, California. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

\_\_   **BY OVERNIGHT MAIL**: Pursuant to California *Code of Civil Procedure* § 1013(c). I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses on attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**X**   **BY FACSIMILE**: Based on an agreement of the parties to accept service by Fax Transmission, I faxed the documents to the person(s) at the fax number(s) listed on Attached Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission printed is attached.

\_\_   **BY EMAIL OR ELECTRONIC TRANSMISSION**: Based on a Court Order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the person(s) at the email address(es) listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**X**   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed at Los Angeles, California on this date **July 15, 2011**.

_____
**Annette M. Neblina**

<u>SERVICE LIST</u>

*Thomas Albrecht v. Bridgestone Americas, Inc.; et al.*
USDC – Eastern Division, Case No.: 2:10-cv-03236-GGH

R. Nicholas Haney, Esq.
LAW OFFICE OF R. NICHOLAS HANEY
903 First Street
Benicia, California 94510
Tel:    707 / 746-1800
*-Attorney for Plaintiff*
*Thomas Albrecht*

LARSON, GARRICK
& LIGHTFOOT, LLP

**2**

**STIPULATION & PROPOSED ORDER TO CONT. DATE FOR PARTIES' INITIAL DISCLOSURES**