1  Arnold D. Larson, Esq., CSB No. 77118
   alarson@lgl-law.com
2  Mary P. Lightfoot, Esq., CSB No. 137477
   mlightfoot@lgl-law.com
3  LARSON, GARRICK & LIGHTFOOT, LLP
   633 W. Fifth Street, Suite 1750
4  Los Angeles, California 90071
   Tel.: (213) 404-4100 - Fax: (213) 404-4123
5
   Attorneys For Defendants BRIDGESTONE
6  AMERICAS, INC.; BRIDGESTONE AMERICAS
   TIRE OPERATIONS, LLC; and BRIDGESTONE
7  RETAIL OPERATIONS, LLC

8             UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  THOMAS ALBRECHT,                    | CASE NO.: 2:10-CV-03236-GGH

12                                      | [Hon. Gregory G. Hollows]
                         Plaintiff,
13                                      | (Removed from Solano County Superior
                                        | Court, Case No. FCS 036269; The Hon.
14  v.                                  | Ramona J. Garrett, presiding, Dept 09)

15                                      | **STIPULATION [AND ORDER] FOR
    BRIDGESTONE AMERICAS, INC.,         | DISMISSAL PURSUANT TO
16  BRIDGESTONE AMERICAS TIRE           | F.R.C.P. 41(a)(ii)**
    OPERATIONS, LLC,
17  BRIDGESTONE RETAIL
    OPERATIONS, LLC, BFS RETAIL &
18  COMMERCIAL OPERATIONS, LLC,
    FIRESTONE TIRE CO., FIRESTONE
19  RUBBER, FIRESTONE TIRE &
    SERVICE CENTERS, and DOES 1 to
20  20, Inclusive,

21
                         Defendants.
22
                                        | Complaint Filed:    July 23, 2010
23                                      | Trial Date:         April 23, 2012

24

25

26      Defendants BRIDGESTONE AMERICAS, INC., BRIDGESTONE

27  AMERICAS TIRE OPERATIONS, LLC and BRIDGESTONE RETAIL

28  OPERATIONS, LLC (herein collectively, "DEFENDANTS") and Plaintiff

LARSON, GARRICK
& LIGHTFOOT, LLP                         1

THOMAS ALBRECHT ("Plaintiff"), being all the parties to this action, enter into the following stipulation:

   **IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, by and through their respective counsel of record, that pursuant to Rule 41(a)(1) & (2) of the Federal Rules of Civil Procedure, the above-referenced action shall be dismissed in its entirety, with prejudice.

Dated: December 1, 2011    LARSON, GARRICK & LIGHTFOOT, LLP


By: _____
   MARY P. LIGHTFOOT
   Attorneys for Defendants,
   BRIDGESTONE AMERICAS, INC.,
   BRIDGESTONE AMERICAS TIRE
   OPERATIONS, LLC and BRIDGESTONE
   RETAIL OPERATIONS, LLC

Dated: November 10, 2011    LAW OFFICE OF R. NICHOLAS HANEY


By: _____
   R. NICHOLAS HANEY
   Attorneys for Plaintiff,
   THOMAS ALBRECHT

   **IT IS HEREBY ORDERED** that the Complaint of Plaintiff THOMAS ALBRECHT, be dismissed in its entirety, with prejudice.

Dated: Jan. 9, 2012    GREGORY G. HOLLOWS
   JUDGE OF THE U.S. DISTRICT COURT
   EASTERN DISTRICT

LARSON, GARRICK & LIGHTFOOT, LLP

2

STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)