Arnold D. Larson, Esq., CSB No. 77118
alarson@lgl-law.com
Mary P. Lightfoot, Esq., CSB No. 137477
mlightfoot@lgl-law.com
LARSON, GARRICK & LIGHTFOOT, LLP
633 W. Fifth Street, Suite 1750
Los Angeles, California 90071
Tel.: (213) 404-4100 - Fax: (213) 404-4123

Attorneys For Defendants BRIDGESTONE
AMERICAS, INC.; BRIDGESTONE AMERICAS
TIRE OPERATIONS, LLC; and BRIDGESTONE
RETAIL OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALBRECHT,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, BRIDGESTONE RETAIL OPERATIONS, LLC, BFS RETAIL & COMMERCIAL OPERATIONS, LLC, FIRESTONE TIRE CO., FIRESTONE RUBBER, FIRESTONE TIRE & SERVICE CENTERS, and DOES 1 to 20, Inclusive,<br><br>Defendants. | CASE NO.: 2:10-CV-03236-GGH<br><br>[Hon. Gregory G. Hollows]<br><br>(Removed from Solano County Superior Court, Case No. FCS 036269; The Hon. Ramona J. Garrett, presiding, Dept 09)<br><br>**STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(ii)**<br><br><br>Complaint Filed:   July 23, 2010<br>Trial Date:            April 23, 2012 |

Defendants BRIDGESTONE AMERICAS, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC and BRIDGESTONE RETAIL OPERATIONS, LLC (herein collectively, "DEFENDANTS") and Plaintiff

1  THOMAS ALBRECHT ("Plaintiff"), being all the parties to this action, enter into
2  the following stipulation:
3      IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by
4  and through their respective counsel of record, that pursuant to Rule 41(a)(1) &
5  (2) of the Federal Rules of Civil Procedure, the above-referenced action shall be
6  dismissed in its entirety, with prejudice.

7
8  Dated: December 1, 2011    LARSON, GARRICK & LIGHTFOOT, LLP

10  By: _____
11      MARY P. LIGHTFOOT
12  Attorneys for Defendants,
    BRIDGESTONE AMERICAS, INC.,
13  BRIDGESTONE AMERICAS TIRE
    OPERATIONS, LLC and BRIDGESTONE
14  RETAIL OPERATIONS, LLC

15  Dated: November 10, 2011    LAW OFFICE OF R. NICHOLAS HANEY

18  By: _____
19      R. NICHOLAS HANEY
20  Attorneys for Plaintiff,
    THOMAS ALBRECHT

22      IT IS HEREBY ORDERED that the Complaint of Plaintiff THOMAS
23  ALBRECHT, be dismissed in its entirety, with prejudice.
25  Dated: Jan. 9, 2012    GREGORY G. HOLLOWS
26      JUDGE OF THE U.S. DISTRICT COURT
    EASTERN DISTRICT

LARSON, GARRICK
& LIGHTFOOT, LLP

2

STIPULATION [AND ORDER] FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)